UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | | |
|---|---|---|
| JULIANA HERNANDEZ DE CAMACHO, | : | |
| | : | |
| Plaintiff, | : | 22-CV-7779 (VSB) |
| | : | |
| - against – | : | **ORDER TO STRIKE** |
| | : | |
| ACTING COMMISSIONER OF SOCIAL SECURITY, | : | |
| | : | |
| Defendant. | : | |

------------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

Defendant Acting Commissioner of Social Security filed the Administrative Record currently at docket entry number 10 in error, and as such, the Clerk of Court is respectfully directed to strike docket entry 10 from the docket.

Within seven days of this order Defendant shall file a corrected version of the administrative record.

SO ORDERED.

Dated:   January 19, 2023
         New York, New York

_____
Vernon S. Broderick
United States District Judge