UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JULIANA HERNANDEZ DE CAMACHO,

                Plaintiff,                      22 **CIVIL** 7779 (RWL)

      -v-                        **JUDGMENT**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-----------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated February 20, 2024, in sum, while the ALJ properly evaluated the medical evidence as to De Camacho's mental impairments, the ALJ did not fully develop the record as to De Camacho's physical impairments specifically, her use of and need for a cane. Accordingly, remand is required so that the ALJ can further develop the record and reconsider the medical opinion evidence and De Camacho's subjective statements. To the extent not set forth in the Order, the Court has considered the parties arguments and finds them to be moot or without merit. Pursuant to sentence four of 42 U.S.C. § 405(g), De Camacho's motion is GRANTED, the Commissioner's motion is DENIED, and this case is REMANDED for further proceedings consistent with the opinion.

**Dated:** New York, New York
       February 20, 2024

                                        **RUBY J. KRAJICK**
                                              **Clerk of Court**

                   **BY:**     *K. Mango*

                                              **Deputy Clerk**